# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHANN LOZA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-0598- JLT<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE OPENING BRIEF<br><br>(Doc. 15) |

On January 4, 2018, the parties stipulated for an extension of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 15) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Based upon the stipulation of the parties, and good cause appearing, the Court **ORDERS:**

    1.    The request for an extension of time is **GRANTED**; and

    2.    Defendant **SHALL** file a response to the opening brief no later than **February 3, 2018**.

IT IS SO ORDERED.

    Dated:  **January 8, 2018**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE