# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHANN LOZA, | ) Case No.: 1:17-cv-0598 - JLT |
| Plaintiff, | ) ORDER VACATING THE HEARING DATE OF |
| | ) DECEMBER 20, 2018 AND SETTING A |
| v. | ) BRIEFING SCHEDULE |
| | ) |
| NANCY A. BERRYHILL, | ) (Doc. 22) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

On December 7, 2018, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act. (Doc. 22) By setting the matter for hearing on December 20, 2018, Plaintiff provided insufficient notice for Defendant to respond to the motion. Accordingly, the Court **ORDERS**:

1. The hearing date of December 20, 2018 is **VACATED**;

2. Defendant **SHALL** file any opposition, or a notice of non-opposition, no later than **December 21, 2018**;

3. Any reply by Plaintiff **SHALL** be filed by **December 28, 2018**; and

4. The Court will re-set the matter for hearing if it appears oral arguments would be beneficial.

IT IS SO ORDERED.

Dated: __December 10, 2018__                 _____/s/ Jennifer L. Thurston___
                                                                UNITED STATES MAGISTRATE JUDGE